596 A.2d 1120

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Garrett ROBB, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1990.

Decided Oct. 7, 1991.

Kirk T. Karaszkiewicz, Philadelphia, for appellant.

256

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Hugh Burns, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

AND NOW, on this 7th day of October, 1991, this appeal is dismissed as having been improvidently granted.